**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7729**

———————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

GREGORY M. ELLIOTT, SR., a/k/a Gregory Mondell Elliott,

        Defendant – Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:07-cr-00097-RAJ-JEB-1)

———————

Submitted: April 19, 2011        Decided: May 10, 2011

———————

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Gregory M. Elliott, Sr., Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory M. Elliott, Sr., appeals the district court's orders denying his motion for sentence reduction under 18 U.S.C. § 3582(c)(2) (2006) and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Elliott, No. 2:07-cr-00097-RAJ-JEB-1 (E.D. Va. July 15, 2009; filed Nov. 18, 2010 & entered Nov. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED